IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIRNA LIZ MARTINEZ,<br><br>             Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>             Defendant. | CIVIL ACTION<br>NO. 13-5415 |

## ORDER

**AND NOW,** this 6th day of August 2015, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Thomas J. Rueter (Doc. No. 16), Plaintiff Mirna Liz Martinez's Objections to the Report and Recommendation (Doc. No. 19), and the Commissioner's Response (Doc. No. 21), and after an independent review of the pertinent record and for the reasons stated in the Opinion of the Court filed this day, it is **ORDERED**:

1. That the Court declines to adopt the Report and Recommendation (Doc. No. 16) of the United States Magistrate Judge dated October 28, 2014.

2. Plaintiff's Request for Review is **GRANTED** and the final decision of the Commissioner is **REVERSED**, and the matter is **REMANDED** to the Administrative Law Judge for further proceedings consistent with the Court's Opinion of August 6, 2015.

3. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                                                BY THE COURT:

                                                /s/ Joel H. Slomsky
                                                JOEL H. SLOMSKY, J.